UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC T. MILES-BAKER,<br><br>                              Plaintiff,<br><br>           -against-<br><br>1 X INSTAGRAM, ET AL,<br><br>                              Defendant. | 22-CV-7485(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 4, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 4, 2022
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge